# EXHIBIT B

Court of Common Pleas - Civil

# Civil Docket Report

No Items in Cart Log In

A $5 Convenience fee will be added to the transaction at checkout.

< Return to Results

## Case Description

| | |
|---|---|
| **Case ID:** | 260702609 |
| **Case Caption:** | THOMAS JEFFERSON UNIVERSITY VS KEYSTONE HEALTH PLA |
| **Filing Date:** | Wednesday, July 22nd, 2026 |
| **Court:** | MAJOR JURY-EXPEDITED |
| **Location:** | CITY HALL |
| **Jury:** | JURY |
| **Case Type:** | CONTRACTS OTHER |
| **Status:** | WAITING TO LIST CASE MGMT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case Motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | KRAUSS, AARON |
| **Address:** | COZEN O'CONNOR<br>1650 MARKET STREET<br>PHILADELPHIA PA 19103<br>(215)665-4181<br>akrauss@cozen.com | **Aliases:** | *none* | |
| | | | | |
| 2 | 1 | | PLAINTIFF | THOMAS JEFFERSON UNIVERSITY |
| **Address:** | 1020 WALNUT ST<br>PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| | | | | |
| 3 | 9 | | DEFENDANT | KEYSTONE HEALTH PLAN EAST |
| **Address:** | 1901 MARKET STREET<br>28TH FLOOR<br>PHILADELPHIA PA 19103 | **Aliases:** | *none* | |
| | | | | |
| 4 | 9 | | DEFENDANT | QCC INSURANCE COMPANY |
| **Address:** | 1901 MARKET STREET<br>28TH FLOOR<br>PHILADELPHIA PA 19103 | **Aliases:** | *none* | |
| | | | | |
| 5 | 9 | | DEFENDANT | AMERIHEALTH HMO |
| **Address:** | 1901 MARKET STREET<br>28TH FLOOR<br>PHILADELPHIA PA 19103 | **Aliases:** | *none* | |
| | | | | |
| 6 | 1 | | ATTORNEY FOR PLAINTIFF | RAPHAELY, RUSSELL C |
| **Address:** | COZEN O'CONNOR<br>1650 MARKET STREET STE 2800<br>PHILADELPHIA PA 19103<br>(215)665-2099<br>craphaely@cozen.com | **Aliases:** | *none* | |
| | | | | |
| 7 | 1 | | ATTORNEY FOR PLAINTIFF | SAPEGA, DANIELLE E |

| | | | | |
|---|---|---|---|---|
| **Address:** | GERMAN GALLAGHER & MURTAGH<br>200 SOUTH BROAD STREET<br>SUITE 500<br>PHILADELPHIA PA 19102<br>(215)545-7700<br>sapegad@ggmfirm.com | **Aliases:** | *none* | |
| | | | | |
| 8 | | | TEAM LEADER | BRIGHT, GWENDOLYN N |
| **Address:** | 1206 STOUT CENTER FOR C.J.<br>1301 FILBERT ST.<br>PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| | | | | |
| 9 | | | ATTORNEY FOR DEFENDANT | SHAFFER, BRIAN W |
| **Address:** | MORGAN LEWIS & BOCKIUS<br>2222 MARKET STREET<br>PHILADELPHIA PA 19103<br>(215)963-5000<br>brian.shaffer@morganlewis.com | **Aliases:** | *none* | |
| | | | | |
| 10 | 9 | | ATTORNEY FOR DEFENDANT | GEORGES, NATALIE M |
| **Address:** | 2222 MARKET STREET<br>PHILADELPHIA PA 19103<br>(215)963-5801<br>NATALIE.GEORGES@MORGANLEWIS.COM | **Aliases:** | *none* | |
| | | | | |
| 11 | 9 | | ATTORNEY FOR DEFENDANT | CORTES, DIANA P |
| **Address:** | MORGAN, LEWIS & BOCKIUS<br>2222 MARKET STREET<br>PHILADELPHIA PA 19103<br>(215)963-5336<br>diana.cortes@morganlewis.com | **Aliases:** | *none* | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 22-JUL-2026 04:06 PM | ACTIVE CASE | | |
| **Docket Entry:** | E-Filing Number: 2607052251 | | |
| | | | |
| 22-JUL-2026 04:06 PM | COMMENCEMENT CIVIL ACTION JURY | KRAUSS, AARON | |

| | | | |
|---|---|---|---|
| **Documents:** | *Click link(s) to preview/purchase the documents*<br>Final Cover | | Add All to Cart |
| **Docket Entry:** | *none.* | | |
| | | | |
| 22-JUL-2026<br>04:06 PM | COMPLAINT FILED NOTICE GIVEN | KRAUSS, AARON | |
| **Documents:** | *Click link(s) to preview/purchase the documents*<br>Commerce Program Addendum.pdf<br>Complaint against IBC.pdf<br>Jefferson Exhibit 3.pdf<br>Jefferson Exhibit 4.pdf<br>Jefferson Exhibit 5.pdf<br>Jefferson Exhibit 6.pdf<br>Jefferson Exhibit 7.pdf | | Add All to Cart |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | |
| | | | |
| 22-JUL-2026<br>04:06 PM | JURY TRIAL PERFECTED | KRAUSS, AARON | |
| **Docket Entry:** | 12 JURORS REQUESTED. | | |
| | | | |
| 22-JUL-2026<br>04:06 PM | WAITING TO LIST CASE MGMT CONF | KRAUSS, AARON | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 29-JUL-2026<br>02:36 PM | AFFIDAVIT OF SERVICE FILED | KRAUSS, AARON | |
| **Documents:** | *Click link(s) to preview/purchase the documents*<br>Affidavit of Process Server - Keystone Health Plan East.pdf | | Add All to Cart |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON KEYSTONE HEALTH PLAN EAST BY PERSONAL SERVICE ON 07/28/2026 FILED. (FILED ON BEHALF OF THOMAS JEFFERSON UNIVERSITY) | | |
| | | | |
| 29-JUL-2026<br>02:38 PM | AFFIDAVIT OF SERVICE FILED | KRAUSS, AARON | |
| **Documents:** | *Click link(s) to preview/purchase the documents*<br>Affidavit of Process Server - QCC Insurance Company.pdf | | Add All to Cart |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON QCC INSURANCE COMPANY BY PERSONAL SERVICE ON 07/28/2026 FILED. (FILED ON BEHALF OF THOMAS JEFFERSON UNIVERSITY) | | |

| | | | |
|---|---|---|---|
| 29-JUL-2026 02:40 PM | AFFIDAVIT OF SERVICE FILED | KRAUSS, AARON | |
| **Documents:** | *Click link(s) to preview/purchase the documents* Affidavit of Process Server - Amerihealth HMO.pdf | Add All to Cart | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON AMERIHEALTH HMO BY PERSONAL SERVICE ON 07/28/2026 FILED. (FILED ON BEHALF OF AMERIHEALTH HMO) | | |
| 30-JUL-2026 03:59 PM | ENTRY OF APPEARANCE | SHAFFER, BRIAN W | |
| **Documents:** | *Click link(s) to preview/purchase the documents* 2026.07.30 Entry of Appearance for B. Shaffer, N. Georges, D. Cortes.pdf | Add All to Cart | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF BRIAN W SHAFFER, NATALIE M GEORGES AND DIANA P CORTES FILED. (FILED ON BEHALF OF AMERIHEALTH HMO, QCC INSURANCE COMPANY AND KEYSTONE HEALTH PLAN EAST) | | |
| 30-JUL-2026 03:59 PM | JURY TRIAL PERFECTED | SHAFFER, BRIAN W | |
| **Docket Entry:** | 12 JURORS REQUESTED. | | |

^ Go to Top



Questions regarding cases listed on this site can be directed to the Trial Division - Civil Administration at civiladminsupport@courts.phila.gov and (215) 686-8326 or the Office of Judicial Records - Civil at OJRCivil@courts.phila.gov and (215) 686-6652.

User Accepts/Agrees to Disclaimer.