**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

THOMAS JEFFERSON UNIVERSITY d/b/a JEFFERSON HEALTH,

Plaintiff,

v.

KEYSTONE HEALTH PLAN EAST, QCC INSURANCE COMPANY, and AMERIHEALTH HMO,

Defendants.

Civil Action No. 2:26-cv-05883-GAM

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants Keystone Health Plan East, Inc., QCC Insurance Company, and AmeriHealth HMO (collectively, "Defendants" or "Independence"), by and through their undersigned counsel, hereby move to dismiss Plaintiff Thomas Jefferson University d/b/a Jefferson Health's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), as well as to strike portions thereof under Rule 12(f) and/or Rule 12(b)(6). In support of this Motion, Defendants incorporate by reference the accompanying Memorandum of Law, Declaration of Brian W. Shaffer, and supporting exhibits attached hereto. Defendants hereby request oral argument on this Motion pursuant to Local Rule 7.1(f).

Dated: September 10, 2026

Respectfully submitted,

*/s/ Brian W. Shaffer*

Brian W. Shaffer (PA ID No. 78851)
Natalie M. Georges (PA ID No. 323893)
Diana P. Cortes (PA ID No. 204274)
Michael H. Carpenter, Jr. (PA ID No. 334938)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, Pennsylvania 19103
Tel: 215.963.5000
brian.shaffer@morganlewis.com
natalie.georges@morganlewis.com
diana.cortes@morganlewis.com
michael.carpenter@morganlewis.com

*Attorneys for Defendants Keystone Health Plan East, QCC Insurance Company, and AmeriHealth HMO*