**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS JEFFERSON UNIVERSITY d/b/a JEFFERSON HEALTH,<br><br>Plaintiff,<br><br>v.<br><br>KEYSTONE HEALTH PLAN EAST, QCC INSURANCE CO., and AMERIHEALTH HMO,<br><br>Defendants. | Civil Action No. 2:26-cv-05883-GAM |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO SERVE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

WHEREAS, on July 22, 2026, Plaintiff Thomas Jefferson University d/b/a Jefferson Health ("Plaintiff") filed its Complaint in the above-captioned action (ECF No. 1) against Defendants Keystone Health Plan East, QCC Insurance Company, and AmeriHealth HMO (collectively, "Independence");

WHEREAS, Plaintiff served Defendants with the Complaint on July 28, 2026;

WHEREAS, the above captioned matter was removed to Federal Court on August 14, 2026;

WHEREAS, Defendants moved to dismiss the Complaint on September 10, 2026 (ECF No. 12), in accordance with the parties' prior stipulated and ordered deadline (ECF No. 6);

WHEREAS, the Court issued an order granting in part and denying in part Defendants' motion to dismiss on October 16, 2026 (ECF No. 21);

WHEREAS, Defendants' current deadline to serve a responsive pleading to the Complaint is October 30, 2026, *see* Fed. R. Civ. P. 12(a)(4)(A);

WHEREAS, counsel for Plaintiff and Defendants have conferred and agreed to extend the time for Defendants to serve a responsive pleading to the Complaint; and

Accordingly, Plaintiff and Defendants hereby stipulate to extend the deadline for Defendants to serve a responsive pleading to the Complaint through and including November 20, 2026.

*[Remainder of this page intentionally left blank]*

**STIPULATED AND AGREED TO ON THIS 26th DAY OF OCTOBER 2026:**

COZEN O'CONNOR

*/s/ Jennifer S. Lewin*
Aaron Krauss (Pa. ID No. 62419)
R. Christopher Raphaely (Pa. ID No. 59093)
Danielle E. Sapega (Pa. ID No. 311561)
One Liberty Place
1650 Market St., Suite 2800
Philadelphia, PA 19103
Phone: (215) 665-5181
akrauss@cozen.com
craphaely@cozen.com
dsapega@cozen.com

KING & SPALDING LLP
James W. Boswell (admitted *pro hac vice*)
Jennifer S. Lewin (admitted *pro hac vice*)
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Phone: (404) 572-3534
jboswell@kslaw.com
jlewin@kslaw.com

*Attorneys for Plaintiff Thomas Jefferson University*

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Brian W. Shaffer*
Brian W. Shaffer (Pa. ID No. 78851)
Natalie Georges (Pa. ID No. 323893)
Diana P. Cortes (Pa. ID No. 204274)
Michael H. Carpenter, Jr. (Pa. ID No. 334938)
2222 Market Street
Philadelphia, PA 19103-3007
Phone: (215) 963-5000
brian.shaffer@morganlewis.com
natalie.georges@morganlewis.com
diana.cortes@morganlewis.com
michael.carpenter@morganlewis.com

*Attorneys for Defendants Keystone Health Plan East, QCC Insurance Company, and AmeriHealth HMO*

Approved and **SO ORDERED** this 27th day of October, 2026.

/s/ Gerald Austin McHugh
The Honorable Gerald A. McHugh
United States District Judge